IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW YORK FRANKFURTER COMPANY
OF CALIFORNIA,

    Plaintiff,

v.

COMMISSIONER OF INTERNAL
REVENUE SERVICE and UNITED STATES,

    Defendants.
_____/

No. C 13-80096 JSW

**ORDER**

    The action entitled "Miscellaneous Civil Action – Motion to Quash Summons" is improperly filed as a miscellaneous action. Counsel are HEREBY ORDERED to re-file the request as a proper civil action.

    **IT IS SO ORDERED.**

Dated: May 10, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:13-mc-80096-JSW Document3 Filed05/10/13 Page2 of 2